United States Courts
Southern District of Texas
FILED
November 16, 2026
Nathan Ochsner, Clerk of Court

1539

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 2:26-cr-235 |
| v. | ) | |
| | ) | (18 U.S.C. § 1956(h)) |
| KENNEDY ECHEBIRI | ) | **[UNDER SEAL]** |
| OBINNA NWOSU | ) | |

**4:26-mj-727**

FILED
NOV 04 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF PA

<u>INDICTMENT</u>

The grand jury charges:

<u>INTRODUCTION</u>

At all times material to this Indictment:

1. An organized crime group ("OCG") engaged in fraud schemes to defraud individuals and businesses, including a law firm located in the Western District of Pennsylvania (Victim Law Firm).

2. The schemes involve the fraudulent use of the personal identification information of individuals known to the grand jury and the names of businesses operating in the United States and in other countries.

3. The defendants, KENNEDY ECHEBIRI and OBINNA NWOSU, lived in Texas.

<u>THE CONSPIRACY AND ITS OBJECTS</u>

4. From in and around October 2021 and continuing thereafter until in and around October 2024, in the Western District of Pennsylvania and elsewhere, individuals known and unknown to the grand jury, did knowingly combine, conspire, and agree with persons known and unknown to the grand jury to commit offenses against the United States, namely:

a. Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2); and

b. Wire Fraud, in violation of 18 U.S.C § 1343.

MANNER AND MEANS OF THE CONSPIRACY

5. It was part of the conspiracy that the OCG obtained the personal identification information (PII) of individuals ("Identity Theft Victims") residing throughout the United States.

6. It was further part of the conspiracy that unknown members of the OCG established bank accounts at various banks operating in the United States ("Fraudulently Established Bank Account") in the names of the Identity Theft Victims, in the names of individuals other than the true names of the individuals controlling the bank accounts, and in the names of fictional businesses with names similar to names of actual businesses.

7. It was further part of the conspiracy that unknown members of the OCG engaged in fraud schemes in which the unknown members of the OCG made various material misrepresentations intended to defraud victims of money.

8. It was further part of the conspiracy that unknown members of the OCG directed that payments associated with the fraud schemes be paid to the Fraudulently Established Bank Accounts.

9. It was further part of the conspiracy that unknown members of the OCG knowingly and with the intent to defraud, used unauthorized access devices during a one-year period and by such conduct obtained more than $1,000 during that period.

10. It was further part of the conspiracy that unknown members of the OCG knowingly used and caused the use of transmissions by means of wire communications in interstate and foreign commerce in furtherance of the fraud schemes described above.

11. Money obtained through this conspiracy and the commission of these offenses will be referred to as the Fraud Proceeds.

12. It was further part of the conspiracy that on or about May 12, 2022, an individual

not known to the grand jury sent an email to a company known to the grand jury as NWF that falsely represented it was from a supplier to NWF that contained false bank information for the supplier.

13. It was further part of the conspiracy that from in and around June 2022 to in and around July 2022, NWF sent four payments totaling approximately $200,000 to the account of an entity known to the grand jury as EG, which is the entity falsely represented as NWF's supplier.

14. It was further part of the conspiracy that on or about September 6, 2022, the Victim Law Firm received a fraudulent email purportedly from a company known to the grand jury as IOT. The fraudulent email asked the Victim Law firm to draft a purchase and sale agreement in which IOT would sell a high-pressure gas compressor then located in the United States, through a buyer's broker known to the grand jury as SB, to a company known to the grand jury as PUTID. The buyer's inspector was purportedly a company known to the grand jury as KE, and the purported purchase price was $3,450,000. In reality, there was no contemplated sale of a high-pressure gas compressor.

15. It was further part of the conspiracy that on or about September 9, 2022, an unknown member of the conspiracy, falsely purporting to be acting on behalf of SB, sent an Official Check in the amount of $345,800 to the Victim Law Firm that the Victim Law Firm deposited into its escrow account.

16. It was further part of the conspiracy that on or about September 14, 2022, an unknown member of the conspiracy, falsely purporting to be acting on behalf of IOT, instructed the Victim Law Firm to wire transfer $286,500 to the Bank of America account of KE as payment for inspection services, but the Bank of America account was not the true account of KE, but was controlled by members of the conspiracy, and the payment was not for inspection services.

17. It was further part of the conspiracy that in and around September 2022, an unknown member or members of the conspiracy caused a portion of the Fraud Proceeds that had been transferred into the Bank of America account of KE, to be transferred to additional Fraudulently Established Bank Accounts.

## COUNT ONE

18. The allegations set forth in paragraphs 1 through 17 are incorporated herein as if set forth in full.

19. From in and around October 2021 and continuing thereafter until in and around October 2024, in the Western District of Pennsylvania and elsewhere, the defendants, KENNEDY ECHEBIRI and OBINNA NWOSU, did knowingly combine, conspire, and agree with each other and with other persons unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956 and Section 1957, to wit:

a. to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce involving property representing the proceeds of specified unlawful activity, that is, Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2), Wire Fraud, in violation of 18 U.S.C. § 1343, and Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371, knowing that the transactions were designed, in whole or in part, to conceal and disguise the nature, location, source, ownership, and control of the proceeds of such specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, contrary to the provisions of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

b. to knowingly engage or attempt to engage in monetary transactions affecting interstate commerce in criminally derived property with a value greater than $10,000,

which property was derived from specified unlawful activity, knowing that the funds were derived from a criminal offense, when in fact said funds were derived from Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2), Wire Fraud, in violation of 18 U.S.C. § 1343, and Conspiracy to Commit Offenses Against the United States, in violation of 18 U.S.C. § 371, contrary to the provisions of Title 18, United States Code, Section 1957(a).

MANNER AND MEANS OF THE CONSPIRACY

20. It was part of the conspiracy that members of the conspiracy unknown to the grand jury caused the deposit of the Fraud Proceeds into the Fraudulently Established Bank Accounts, with said deposits designed to conceal the true owner of the Fraud Proceeds and the perpetrators of the fraud.

21. It was further part of the conspiracy that the defendants, KENNEDY ECHEBIRI and OBINNA NWOSU, and other members of the conspiracy, engaged in a series of financial transactions involving the Fraud Proceeds, including through a variety of federally insured financial institutions, many of which exceeded $10,000, with said transactions designed to conceal the true owner of the Fraud Proceeds and the perpetrators of the fraud.

ACTS IN FURTHERANCE OF THE CONSPIRACY

22. It was a part of the conspiracy that, on or about October 24, 2021, an individual not known to the grand jury sent an email to defendant OBINNA NWOSU with the name of an individual known to the grand jury as NK, with NK's social security number and date of birth.

23. It was a further part of the conspiracy that on and about December 14, 2021, defendant OBINNA NWOSU sent an email that included, as attachments, an image of NK's driver license and a utility bill in the name of NK.

24. It was a further part of the conspiracy that on or about December 5, 2021, an

individual not known to the grand jury opened a bank account in the name of NK at Citibank, a federally insured financial institution.

25. It was further part of the conspiracy that on or about February 7, 2022, defendant OBINNA NWOSU sent an email with a Tax Information Authorization form of KE.

26. It was further part of the conspiracy that on or about February 6, 2021, an individual not known to the grand jury opened an account as Brex in the name of EG.

27. It was further part of the conspiracy that on or about March 24, 2022, defendant OBINNA NWOSU was in possession of approximately eight-two images of driver licenses, social security cards, passports and other access devices associated with individuals not known to the grant jury.

28. It was further part of the conspiracy that on or about June 6, 2022, an individual not known to the grand jury caused the transfer of approximately $12,000 from the Brex account in the name of EG to the Citibank account in the name of NK.

29. It was further part of the conspiracy that on or about June 6, 2022, an individual not known to the grand jury caused the transfer of approximately $15,000 from the Brex account in the name of EG to the Bank of America account in the name of KE.

30. It was further part of the conspiracy that on or about June 13, 2022, an individual not known to the grand jury caused the transfer of approximately $22,000 from the Brex account in the name of EG to the Citibank Account in the name of NK.

31. It was further part of the conspiracy that on or about July 26, 2022, an individual not known to the grand jury caused the transfer of approximately $5,800 from the Brex account in the name of EG to the Citibank Account in the name of NK.

32. It was further part of the conspiracy that on or about June 27, 2022, an individual

not known to the grand jury caused the transfer of approximately $11,500 from the Brex account in the name of EG to the Bank of America account in the name of KE.

33. It was further part of the conspiracy that on or about August 1, 2022, an individual not known to the grand jury caused the transfer of approximately $25,000 from the Brex account in the name of EG to the Bank of America account in the name of KE.

34. It was further part of the conspiracy that between on or about June 6, 2022, to on or about August 9, 2022, the defendant, OBINNA NWOSU, caused the withdrawal of approximately $36,000 in cash from the Bank of America Account in the name of KE.

35. It was further part of the conspiracy that at an unknown date on or before July 15, 2022, defendant OBINNA NWOSU obtained a fraudulent Texas Driver License in the name of an individual known to the grand jury as JT, but with the photograph of defendant OBINNA NWOSU.

36. It was further part of the conspiracy that on or about August 25, 2022, an individual not known to the grand jury opened a bank account at Capital One Bank in the name of JT.

37. It was further part of the conspiracy that at an unknown date on or before July 14, 2022, defendant OBINNA NWOSU obtained a fraudulent Texas Driver License in the name of an individual known to the grand jury as MJ, but with the photograph of defendant OBINNA NWOSU.

38. It was further part of the conspiracy that on or about August 26, 2022, an individual not known to the grand jury opened a bank account at Capital One Bank in the name of MJ.

39. It was further part of the conspiracy that at an unknown date on or before July 20, 2022, defendant OBINNA NWOSU obtained a fraudulent Texas Driver License in the name of an individual known to the grand jury as WH, but with the photograph of defendant OBINNA NWOSU.

40. It was further part of the conspiracy that on or about September 1, 2022, an individual not known to the grand jury opened a bank account at Capital One Bank in the name of WH.

41. It was further part of the conspiracy that at an unknown date on or before July 20, 2022, defendant KENNEDY ECHEBIRI obtained a fraudulent Texas Driver License in the name of an individual known to the grand jury as TP, but with the photograph of defendant KENNEDY ECHEBIRI.

42. It was further part of the conspiracy that on or about August 25, 2022, an individual not known to the grand jury opened a bank account at Capital One Bank in the name of TP.

43. It was further part of the conspiracy that on or about September 6, 2022, an individual not known to the grand jury caused a wire transfer from the Bank of America account of KE to the Capital One Bank account of JT.

44. It was further part of the conspiracy that on or about September 6, 2022, an individual not known to the grand jury caused a wire transfer from the Bank of America account of KE to the Capital One Bank account of MJ.

45. It was further part of the conspiracy that on or about September 6, 2022, an individual not known to the grand jury caused a wire transfer from the Bank of America account of KE to the Capital One Bank of WH.

46. It was further part of the conspiracy that on or about September 6, 2022, an individual not known to the grand jury caused a wire transfer from the Bank of America account of KE to the Citibank account of NK.

47. It was further part of the conspiracy that on or about September 15, 2022, an individual not known to the grand jury caused a wire transfer of $15,000 from the Bank of America

account of KE to the Capital One Bank account of JT.

48. It was further part of the conspiracy that on or about September 15, 2022, an individual not known to the grand jury caused a wire transfer of $15,000 from the Bank of America account of KE to the Capital One Bank account of MJ.

49. It was further part of the conspiracy that on or about September 15, 2022, an individual not known to the grand jury caused a wire transfer of $20,000 from the Bank of America account of KE to the Capital One Bank of WH.

50. It was further part of the conspiracy that on or about September 15, 2022, an individual not known to the grand jury caused a wire transfer of $7,500 from the Bank of America account of KE to the Capital One Bank of TP.

51. It was further part of the conspiracy that on or about October 19, 2022, defendant KENNEDY ECHEBIRI caused a withdrawal of $2,000 in cash from the Capital One Bank account in the name of TP.

52. It was further part of the conspiracy that on or about November 8, 2022, defendant KENNEDY ECHEBIRI caused a withdrawal of $2,000 in cash from the Capital One Bank account in the name of TP.

All in violation of Title 18, United States Code, Section 1956(h).

A True Bill,

Original signature on file

FOREPERSON

TROY RIVETTI
United States Attorney
PA ID No. 56816

BRENDAN T. CONWAY
Assistant United States Attorney
PA ID No. 78726